# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**                      **CRIMINAL ACTION 3:19cr2 TSL-LRA**

**YOLUNDA SHAUNDERES WALKER**

## O R D E R

This cause came on this date to be heard upon the report and recommendation of the United States magistrate judge, and the court, having fully reviewed the report and recommendation of the United States magistrate judge entered in this cause on or about July 1, 2019. and being duly advised in the premises, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge Linda R. Anderson entered on July 1, 2019, be, and the same is hereby, adopted as the finding of this court.

SO ORDERED, this the 22nd day of July, 2019.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE